UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICKY CARROLL** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **ACME TRUCK LINES, INC.** | * | **MAGISTRATE JUDGE** |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**TO:**  **RICKY CARROLL**
Through his attorneys of record
Myrt T. Hales, Jr., Esq.
Joshua L. Strickland, Esq.
Hales and Strickland Law Offices
802 Julia Street
P.O. Drawer 149
Rayville, LA  71269

**PLEASE TAKE NOTICE** that Mutual of Omaha Insurance Company ("Mutual of Omaha"), named as defendant in the proceeding entitled "*Ricky Carroll v. Acme Truck Lines, Inc.*," Docket No. 806-697, on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Division O, on July 9, 2020 filed in the United States District Court, Eastern District of Louisiana, its Notice to effect the removal of said Civil Action to the United States District Court for the Eastern District of Louisiana.

Mutual of Omaha respectfully represents that the grounds for removal are as follows:

1

**I.**

The cause bearing the above captioned title which is entitled *"Petition in Suit for Damages"* ("Petition") was originally filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Docket No. 806-697, Division O on May 22, 2020.

**II.**

Service of the Petition for Acme Truck Lines, Inc. was made on June 11, 2020 by the East Baton Rouge Sheriff's Office through personal service to the Secretary of State.

**III.**

It has been less than thirty days since the citation directed to Acme Truck Lines, Inc. ("Acme") in the State Court proceeding was served upon the defendant. Removal of this claim is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

**IV.**

Plaintiff's *"First Amended Petition in Suit for Damages"* ("First Amended Petition") was originally filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Docket No. 806-697, Division O on June 9, 2020 and named Mutual of Omaha as an additional defendant.

**V.**

Service of the First Amended Petition for Mutual of Omaha was made on June 26, 2020 by the East Baton Rouge Sheriff's Office through personal service to the Secretary of State.

**VI.**

A copy of the original Petition, First Amended Petition and referenced citations are annexed to this Notice of Removal in accordance with the provisions of 28 U.S.C. § 1446 and is identified as **Exhibit "A."**

## VII.

This Notice of Removal is based on 28 U.S.C. §1441(a) and 28 U.S.C. §1331, because plaintiff's claim is for benefits payable under a group disability policy issued to Carroll's employer, Acme Truck Lines, Inc., which policy was issued pursuant to an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA").

## VIII.

The above-described action is one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331, inasmuch as the matter involves a claim for benefits under an employee welfare benefit plan, which was established pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA"). The definition of an employee group benefit plan is set forth at 29 U.S.C. §1002(3) which states:

> The term 'employee benefit plan' or 'plan' means . . .an employee welfare benefit plan or an employee pension benefit plan or a plan which is both an employee welfare benefit plan and an employee pension plan.

The term "employee welfare benefit plan" is defined as:

> . . .any plan, fund, or program . . .established or maintained by an employer . . .to the extent that such plan, fund or program was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, (A) medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability death . . .

*Id.* §1002(1).

**IX.**

ERISA preempts the state law claims contained in the Petition and First Amended Petition and provides the exclusive remedy when a plaintiff seeks to recover benefits under an employee welfare benefit plan. ERISA §§502(a)(1)(B) and 514, 29 U.S.C. §§1132(a)(1)(B) and 1144; see *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987) and *Aetna Health, Inc. v. Davila*, 542 U.S. 200 (2004). Therefore, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. §1331. As an action of a civil nature founded on a claim or right arising under the laws of the United States, this action is being removed to the United States District Court for the Eastern District of Louisiana pursuant to the provisions of 28 U.S.C. §1441(a).

**X.**

Co-Defendant, Acme, has fully consented to this removal. See **Exhibit "B."**

**II.**

Mutual of Omaha respectfully requests that this Notice of Removal be filed in the records of the United States District Court for the Eastern District of Louisiana, State of Louisiana, effecting the removal of the suit entitled "*Ricky Carroll v. Acme Truck Lines, Inc.*," Docket No. 806-697, on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Division O.

**XII.**

Upon filing the Notice of Removal, Mutual of Omaha will provide written notification of the Removal to Carroll and Acme and will file a copy of the Notice of Removal with the 24th Judicial District Court, Parish of Jefferson, State of Louisiana. A copy of the state court notification is attached as **Exhibit "C."**

**WHEREFORE,** defendant, Mutual of Omaha Insurance Company, petitioner herein, respectfully requests that this Notice be deemed good and sufficient and that this cause be removed to this Court.

Respectfully submitted,

s/ Lauren A. Welch
LAUREN A. WELCH (#17199)
KRISTEN L. BURGE (#35686)
McCRANIE, SISTRUNK, ANZELMO, HARDY,
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail:  lwelch@mcsalaw.com
         kburge@mcsalaw.com
*Attorneys for Defendant, Mutual of Omaha Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by electronic mail to myrt@haleslawoffice.net, josh@haleslawoffice.net and rwalsh@joneswalker.com.

s/ Lauren A. Welch
LAUREN A. WELCH