Filed by: Fax
Date: 05-20-20
Time: 3:31 pm
Deputy Clerk: Michelle Bruner
(SEE ATTACHED LOG)

rec via Fed.ex
FILED FOR RECORD 05/22/2020 13:46:16
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA 835

STATE OF LOUISIANA * PARISH OF JEFFERSON

TWENTY-FOURTH JUDICIAL DISTRICT COURT

RICKY CARROLL　　　　　　　　　　　　　　　　FILED:_____

VERSUS　　　　NO. 806-697

ACME TRUCK LINES, INC.　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　　　　　　DY. CLERK OF COURT

### PETITION IN SUIT FOR DAMAGES

On the Motion of RICKY CARROLL, who respect represents that:

**1.**

Ricky Carroll was employed by ACME Truck Lines, Inc., at the times pertinent hereto.

**2.**

Ricky Carroll developed medical condition which prohibited him from doing his required and normal job duties.

**3.**

Ricky Carroll had consulted with and been advised by his employer ACME Truck Lines, Inc. as to purchasing disability insurance policies for his benefit.

**4.**

Ricky Carroll did in fact purchase and pay for said protection through the purchase of policy provide by and through the defendant ACME Truck Lines, Inc.

**5.**

It has now come to light that the advice and counsel provided by his employer ACME Truck Line, Inc. was:

　　(1)　not complete;

　　(2)　inadequate:

　　(3)　not fully explained;

　　(4)　negligently presented;

　　(5)　without full disclosures;

　　(6)　without full explanation; and

　　(7)　harmful and detrimental.

**6.**

Said actions and/or inaction of ACME Truck Lines, Inc. or its agents and representatives have resulted in damage to Ricky Carroll and his family as follows:

**EXHIBIT A**

    (a.)    loss of benefits;

    (b.)    loss of adequate coverage;

    (c.)    financial hardship;

    (d.)    loss of income; and

    (e.)    monetary damage.

7.

RICKY CARROLL prays for damages in an amount as follows:

An amount to be sufficient to provide for all damages sustained as a result of this accident, in accordance with the law and evidence in this case, plus legal interest and costs.

WHEREFORE PLAINTIFFS PRAY for judgment against defendant ACME Truck Lines, Inc., in solido, for the amount set forth above with legal interest thereon from date of judicial demand until paid, and all costs of this proceeding.

Respectfully submitted,

LAW OFFICES OF:

_____
MYRT T. HALES, JR. (#6426)
JOSHUA L. STRICKLAND (#36690)
802 JULIA STREET
P. O. DRAWER 149
RAYVILLE, LOUISIANA 71269
TELEPHONE: 318- 728-4413
FAX #318-728-6773

PLEASE SERVE:

ACME Truck Line, Inc.
through their registered agent
Lisa Ward
200 Westbank Expressway
Gretna, LA 70053

(101) CITATION: PETITION IN SUIT FOR DAMAGES; REQUEST FOR WITTEN NOTICE

200609-9036-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RICKY CARROLL
versus
ACME TRUCK LINES INC

Case: 806-697   Div: "O"
P 1 RICKY CARROLL

To: ACME TRUCK LINES INC
LISA WARD
200 WESTBANK EXPRESSWAY
GRETNA LA 70053

PARISH OF JEFFERSON

**You are hereby summoned to comply with the demand contained in the PETITION IN SUIT FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.**

This service was requested by attorney MYRT T. HALES JR and was issued by the Clerk of Court on the 9th day of June, 2020.

/s/ Kendra F. Pierre
Kendra F. Pierre, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION IN SUIT FOR DAMAGES; REQUEST FOR WITTEN NOTICE

200609-9036-1

Received: 6/11/20   Served: 6/11/20 @ 11:30 A   Returned: 6/11/20

Service was made:
   ✓ Personal       ___ Domicilary _____

Unable to serve:
   ___ Not at this address      ___ Numerous attempts ___ times
   ___ Vacant                   ___ Received too late to serve
   ___ Moved                    ___ No longer works at this address
   ___ No such address          ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $ 30.00
Completed by: Ronald Duplessis # 11750
   Deputy Sheriff
Parish of: Jefferson

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

Filed by: Fax
Date: 6/5/20
Time: 8:52 A.M.
Deputy Clerk S/ KYLE HANNAN

Rec via mail
FILED FOR RECORD 06/09/2020 13:43:21
Kyle S Hannan, DY CLERK
JEFFERSON PARISH, LA

STATE OF LOUISIANA     PARISH OF JEFFERSON

TWENTY-FOURTH JUDICIAL DISTRICT COURT

RICKY CARROLL                                    FILED:_____

**VERSUS**          NO. 806-697

ACME TRUCK LINES, INC.                           BY:_____
                                                 DY. CLERK OF COURT

## FIRST AMENDED PETITION IN SUIT FOR DAMAGES

Plaintiff, Ricky Carroll, requests to amend his previously filed petition of May 20, 2020 as follows:

**1.**

Plaintiff desires to name as an additional defendant:

> Mutual Of Omaha Insurance Company, a foreign insurance company who is actually conducting business in the State of Louisiana, whose agent for service of process is the Louisiana Secretary of State.

**2.**

Plaintiff asserts that defendant issued a group policy for the benefit of the employees of defendant ACME Truck Line.

**3.**

Plaintiff asserts that defendant Mutual of Omaha has improperly and incorrectly adjusted said policy and has denied benefits to Ricky Carroll for which Ricky Carroll asserts he is entitled.

**4.**

Further, plaintiff asserts that defendant, Mutual of Omaha has improperly classified the employment status of Ricky Carroll for the times at issue.

**5.**

Further, plaintiff asserts that defendant, Mutual of Omaha has withheld benefits for which Ricky Carroll is entitled.

**6.**

Further, Plaintiff asserts that Ricky Carroll is entitled to penalties and attorney fees in accordance with Louisiana Law.

**7.**

Plaintiff asserts that both defendants ACME Truck Lines, Inc. (previously named) and

also Mutual of Omaha are joint and severally liable unto plaintiff for all damages.

8.

Ricky Carroll prays for damages in the amount of:

> An amount to be sufficient to provide for all damages sustained as a result of this accident, in accordance with the law and evidence in this case, plus legal interest and costs.

WHEREFORE PLAINTIFFS PRAY for judgment against defendant ACME Truck Lines, Inc., in solido, for the amount set forth above with legal interest thereon from date of judicial demand until paid, and all costs of this proceeding.

Respectfully submitted,

LAW OFFICES OF:

MYRT T. HALES, JR. (#6426)
JOSHUA L. STRICKLAND (#36690)
802 JULIA STREET
P. O. DRAWER 149
RAYVILLE, LOUISIANA 71269
TELEPHONE: 318- 728-4413
FAX #318-728-6773

PLEASE SERVE:

Mutual of Omaha Insurance
through Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

ACME Truck Line, Inc.
through their attorney
Robert L. Walsh
Jones Walker
201 St. Charles Avenue
New Orleans, LA 70170-5100

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

**(101) CITATION FIRST AMENDED PETITION IN SUIT FOR DAMAGES, PETITION IN SUIT FOR DAMAGES / REQUEST FOR WITTEN NOTICE**  
200618-0955-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RICKY CARROLL
  versus
ACME TRUCK LINES INC, MUTUAL OF OMAHA INSURANCE COMPANY

Case 806-697    Div "O"
P 1 RICKY CARROLL

To. MUTUAL OF OMAHA INSURANCE COMPANY
THROUGH SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SERVED ON
R. KYLE ARDOIN
JUN 2 6 2020
SECRETARY OF STATE
COMMERCIAL DIVISION

SS# 8514  $50.00
EBR# 8512  $39 36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the FIRST AMENDED PETITION IN SUIT FOR DAMAGES / PETITION IN SUIT FOR DAMAGES / REQUEST FOR WITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MYRT T HALES JR and was issued by the Clerk of Court on the 18th day of June, 2020.

/s/ Lisa M Cheramie
Lisa M Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

**(101) CITATION FIRST AMENDED PETITION IN SUIT FOR DAMAGES; PETITION IN SUIT FOR DAMAGES / REQUEST FOR WITTEN NOTICE**  
200618-0955-2

Received:_____  Served _____  Returned._____

Service was made
___ Personal            ___ Domicilary _____

Unable to serve
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service $_____   Mileage $_____   Total $_____

Completed by _____ # _____
                    Deputy Sheriff
Parish of _____

Thomas F. Donelon Courthouse . 200 Derbigny St   Gretna LA 70053

# State of Louisiana
## Secretary of State

06/29/2020

Legal Services Section
P O Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

MUTUAL OF OMAHA INSURANCE COMPANY
ATTN CHIEF COUNSEL
MUTUAL OMAHA PLAZA
OMAHA, NE 68175

**RECEIVED**
By Linda Elliott at 8:11 am, Jul 06, 2020

Suit No  806697
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

RICKY CARROLL
vs
ACME TRUCK LINES INC ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding

Yours very truly,

R KYLE ARDOIN
Secretary of State

Served on   R KYLE ARDOIN
Served by   E CUMMINS

Date  06/26/2020
Title  DEPUTY SHERIFF

No: 1164890



JN