UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICKY CARROLL** | * | **CIVIL ACTION NO.: 20-1958** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| **ACME TRUCK LINES, INC.** | * | **MAGISTRATE JUDGE MICHAEL** |
| | * | **NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 2nd day of November, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**